# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2022-20104-CR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 2022-20104-CR |
| VS. | § | |
| | § | |
| ANTONIO INTRIAGO, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**DECLARATION OF CORRECTIONAL OFFICER ASHLEY PHILLIPS**

I, Ashley Phillips, do hereby declare the following statement is true and correct to the best of my knowledge and belief.

1. I am currently employed by the United States Government, Federal Bureau of Prisons ("BOP") as a Correctional Officer at the Federal Detention Center at Miami, Florida ("FDC Miami"). I am the property officer for the Special Housing Unit (SHU).

2. Regarding an inmate's personal property while in the SHU, the normal procedure is that all of the inmate's property is first placed in the SHU property room upon admittance to the SHU. I then inspect all of an inmate's property for contraband and for unauthorized items. Some property is not contraband but is not authorized for an inmate to have in his SHU cell. Such property is kept in the SHU property room and returned when an inmate checks out of the SHU. On November 14, 2024, Inmate Antonio Intriago (44334-510) was admitted into the SHU and all of his personal property was placed in the SHU property room.

3. On November 18, 2024, I inspected Mr. Intriago's property. His property consisted of lots of paperwork in a large accordion file. While most of the paperwork was legal paperwork, there were some papers that were non-legal and looked to be educational paperwork. I allowed Mr. Intriago to keep the five manilla envelopes of apparent legal work in his SHU cell. I did this because Mr. Intriago was only admitted to SHU at Miami FDC for court attendance. Normally, SHU inmates can only keep 24 pages of legal paperwork in their SHU cell. When they want to review the rest of their legal file, we allow them to do so in law library. I then kept the accordion

file and the non-legal documents in the SHU property room. I documented that he received back his legal paperwork through a BOP Property Form known as a BP-383, which is attached here.

4. When Mr. Intriago checked out of Miami FDC on December 5, 2024, I remember releasing his accordion binder and the non-legal documents from the property room.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this on this 14th of January 2025.

____________________________
Officer A. Phillips

# ATTACHMENT 1

From R&D - BOS

BP-A0383 **INMATE PERSONAL PROPERTY RECORD**

JUL 16

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONSN**

Institution: FDC Miami | 1. Name: Intriago, Antonio Emmanuel

2. Register No: 44334-510 | 3. Unit: R&D | 4. Date & Time of Inventory: 18 NOV 2024 0715

5. Purpose of Inventory (Check one that applies): Date and Time of Action: 14 NOV 2024 1416

a. __ Admission b. __ Hospital c. __ Writ d. __ Transfer e. __ Detention

f. __ Release g. __ Incoming Package h. X Other (specify) ____

6. Disposition (Disp.)
D-Donated M-Mail S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

a. Personally Owned Items

| # | Article | Disp. |
|---|---|---|
| | Address Book | |
| | Batteries | |
| | Belt | |
| | Billfold | |
| | Books, Reading hard __ soft __ | |
| | Books, Religious hard __ Soft __ | |
| | Boot | |
| | Brassiere | |
| | Cap, Hat | |
| | Coat | |
| | Comb | |
| | Combination Lock | |
| | Dress | |
| | Eyeglass Case | |
| | Eyeglasses | |
| | Gloves | |
| | Hairbrush/Pick | |
| | Handkerchief | |
| | Headphones | |
| | JacketLaundry | |
| | Laundry Detergent | |
| X | Legal Materials | |
| | Letters | |
| | Magazines | |
| | Mirror | |
| | Nail Clippers | |
| | Pen/Ballpoint | |
| | Pencils | |
| | Personal Papers | |
| | Photo Album | |
| | Photo | |
| | Plastic Bowl Plastic Spoon, cup | |

| # | Article | Disp. |
|---|---|---|
| | Plastic spoon, cup | |
| | Playing Cards | |
| | Purse | |
| | Radio (w/earplug) | |
| | Religious Medal | |
| | Shirt/Blouse | |
| | Shoes | |
| | Shoes, shower | |
| | Shoes, Slippers | |
| | Shorts | |
| | Skirt | |
| | Slip | |
| | Socks | |
| | Socks, Athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| | Sweat pant | |
| | Sweat shirt T-Shirt | |
| | Sweat Shirt Thermal | |
| | Bottoms Thermal Top | |
| | Underwear | |
| | Watch/Watchband | |

b. Hygiene, etc.

| # | Article | Disp. |
|---|---|---|
| | Aspirin | |
| | Body Soap | |
| | Cotton Swabs | |
| | Deordorant | |
| | Dental Floss | |
| | Dentures Power | |
| | Hair Oil | |
| | Petroleum Jelly | |
| | Menthol Rub | |
| | Razor | |
| | Shampoo | |
| | Shaving Lotion | |
| | Skin Lotion | |
| | Soap Dish | |
| | Toothbrush | |
| | Toothbrush Holder | |
| | Toothpaste | |
| | Tweezers | |

c. Hobby craft

| # | Article | Disp. |
|---|---|---|
| | | |

d. Food

| # | Article | Disp. |
|---|---|---|
| | Bean | |
| | Cake | |
| | Candy | |
| | Chips | |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Cough Drops | |
| | Fish Packs | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant Coffee/Instant Chocolate | |
| | Mayonnaise | |
| | Oatmeal | |
| | Pepperoni | |
| | Noodles | |
| | Rice | |
| | Sausage | |
| | Spices | |
| | Tea | |
| | Vitamins | |

e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00

Description of Property — Value Alleged by Inmate

X No individual item over $100.00

A/C Received property 18 NOV 2024 @ 0830.

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: Phillips [signature] Date: 18 NOV 24 Time: 0700

I have today reviewed the property returned to me. X Released from R&D — 44334-510 (Register #) — 05 Dec 24 (Date) — 1030 (Time)

Signature of Inmate

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: Phillips [signature] Date: 05 Dec 24 Time: 0730

I have today reviewed the property returned to me. X Released from R&D — 44334-510 (Register #) — 05 Dec 24 (Date) — 0730 (Time)

Signature of Inmate