# EXHIBIT C

BP-A0383
AUG 11

**INMATE PERSONAL PROPERTY RECORD**  CDFRM

**U.S. DEPARTMENT OF JUSTICE**  **FEDERAL BUREAU OF PRISONS**

Institution: MTM
1. Name: Tutoriga, Arkaia
2. Register No.: 41331-510
3. Unit: R&D
4. Date & Time of Inventory: 12/5/21  8:44 AM

5. Purpose of Inventory (Check one that applies): Date and Time of Action: 2/5/21  8:44 AM
   a. ___ Admission   b. ___ Hospital   c. ___ Writ   d. ✗ Transfer   e. ___ Detention
   f. ___ Release   g. ___ Incoming Package   h. ___ Other (specify) _____

6. Disposition (Disp.)
   D-Donated   M-Mail   S-Storage
   K-Keep in Possession
   C-Contraband (Attach BP-S102)

7. Type of Property:

| a. Personally Owned Items | Disp. | # Article | Disp. | b. Hygiene, etc. Article | Disp. | d. Food Article | Disp. |
|---|---|---|---|---|---|---|---|
| Address Book | | Plastic spoon, cup | | Aspirin | | Beans | |
| Batteries | | Playing Cards | | Body Soap | | Cakes | |
| Belt | | Purse | | Cotton Swabs | | Candy | |
| Billfold | | Radio (w/earplug) | | Deodorant | | Chips | |
| Books, Reading hard ___ soft ___ | | Religious Medal | | Dental Floss | | Coffeemate | |
| Books, Religious hard ___ soft ___ | | Shirt/Blouse | | Dentures Powder | | Cold drink mix, soda | |
| Boots | | Shoes | | Hair Oil | | Cough Drops | |
| Brassiere | | Shoes, shower | | Petroleum Jelly | | Fish Packs | |
| Cap, Hat | | Shoes, Slippers | | Menthol Rub | | Fruit | |
| Coat | | Shorts | | Razor | | Honey, Hi-protein | |
| Comb | | Skirt | | Shampoo | | Instant Coffee/Instant Chocolate | |
| Combination Lock | | Slip | | Shaving Lotion | | Mayonnaise | |
| Dress | | Socks | | Skin Lotion | | Oatmeal | |
| Eyeglass Case | | Socks, Athletic | | Soap Dish | | Pepperoni | |
| Eyeglasses | ✓ | Stamps | | Toothbrush | | Noodles | |
| Gloves | | Stockings | | Toothbrush Holder | | Rice | |
| Hairbrush/Pick | | Sunglasses | | Toothpaste | | Sausage | |
| Handkerchief | | Sweat pants | | Tweezers | | Spices | |
| Headphones | | T-Shirt | | | | Tea | |
| Laundry Jacket | | Sweat Shirt | | | | Vitamins | |
| Laundry Detergent | | Thermal Bottoms | | | | | |
| Legal Materials | ✓ | Thermal Top | | c. Hobby craft | | | |
| Letters | | Underwear | | | | | |
| Magazines | | Watch/Watchband | | # Article | Disp. | e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal) | |
| Mirror | | | | | | | |
| Nail Clippers | | | | | | | |
| Pen/Ballpoint | | | | | | | |
| Pencils | | | | | | | |
| Personal Papers | | | | | | | |
| Photo Album | | | | | | | |
| Photo | | | | | | | |
| Plastic Bowl | | | | | | | |

8. Items Alleged by Inmate to Have Value Over $100.00
   Description of Property                                                                                           Value Alleged by Inmate

   ✓ No individual item over $100.00

9. Article(s) listed as "Mail" (M) are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate, by signing below, certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer: _____  Date: 12/5/21  Time: 8:40

I have today reviewed the property returned to me. _____
                                                  Signature of Inmate        41331-510     12/5/21    8:50 AM
                                                                             Register #     Date       Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.
COMMENTS:

Printed Name/Signature of Receiving Officer: _____  Date: _____  Time: _____

I have today reviewed the property returned to me. _____
                                                  Signature of Inmate        Register #     Date       Time

Original: Central File; Copy: Inmate, R&D, Special Housing

Prescribed by P5510                                                          Replace of BP-S383 of AUG 94