**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

v.

**ARCANGEL PRETEL ORTIZ, et al.,**

    **Defendants.**
_____/

**UNITED STATES' NOTICE OF FILING IN**
**COMPLIANCE WITH MAY 8, 2025 ORDER**

Pursuant to the Court's May 8, 2025 order concerning prior sealed filings, the United States is filing as attachments to this Notice redacted versions of its two most recent pleadings:

- Attachment 1: United States' Response to April 16, 2025 Order, originally filed under seal on April 21, 2025 (DE 1018);

- Attachment 2: United States' Response in Opposition to Renewed Sealed Joint Motion for Deposition Pursuant to Rule 15, originally filed under seal on April 28, 2025 (DE 1026).

The exhibits to those filings should remain under seal, as they contain restricted material subject to the Court's protective orders (DE 26, 40, 164-171, 238).

Respectfully submitted,

| | | |
|---|---|---|
| | HAYDEN P. O'BYRNE<br>United States Attorney | SUE J. BAI<br>Supervisory Official for the National<br>Security Division |
| By: | /s Sean T. McLaughlin<br>Sean T. McLaughlin<br>Assistant United States Attorney<br>Court ID No. A5501121<br>11200 NW 20th Street, Suite 101<br>Miami, FL 33172<br>(305) 715-7642/7654<br>Sean.McLaughlin@usdoj.gov | /s Andrew Briggs<br>Andrew Briggs<br>Trial Attorney<br>Court ID No. A5503251<br>National Security Division – Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530<br>(202) 514-7739<br>Andrew.Briggs2@usdoj.gov |
| | /s Jason Wu<br>Jason Wu<br>Assistant United States Attorney<br>ID No. A5502299<br>99 NE 4th Street<br>Miami, FL 33132<br>(305) 961-9226<br>Jason.Wu@usdoj.gov | |
| | /s Altanese Phenelus<br>Altanese Phenelus<br>Assistant United States Attorney<br>FL Bar No. 112693<br>99 N.E. 4th Street<br>Miami, FL 33132<br>(305) 961-9375<br>altanese.phenelus@usdoj.gov | |

## Certificate of Service

I hereby certify that on May 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served all counsel of record.

/s Jason Wu
Jason Wu
Assistant United States Attorney