**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

v.

**JAMES SOLAGES, et al.,**

    **Defendants.**

_____/

**UNITED STATES' UNOPPOSED MOTION TO DEFER HEARING**
**AS TO DEFENDANT JAMES SOLAGES' MOTION TO SUPPRESS**
**AND RESET HEARING AS TO DEFENDANTS' SEALED FILING**

1. On May 2, 2025, Defendant James Solages filed a Motion to Suppress Statements made to law enforcement on February 8, 2022 (DE 1033).

2. On June 16, 2025, the United States filed its Opposition to Defendant's Motion to Suppress (DE 1063).

3. The Defendant filed a reply to the Government's response in opposition (DE 1118).

4. On July 2, 2025, the Court set Defendant Solages' motion for oral argument. Oral argument is currently scheduled to take place on July 17, 2025, at 9 a.m. The Court permitted the parties to request a change to the date of the hearing so long as the request is made by Tuesday, July 8, 2025 (DE 1133).

5. The United States and Defendant Solages conferred about changing the date of the hearing. Counsel for Defendant Solages advised that he intends to file an additional motion to suppress a separate statement on the same or similar grounds as his current motion.

6. To conserve judicial resources and ensure efficiency, the parties request that the hearing on Defendant Solages' motion to suppress (DE 1033) be deferred and heard along with the

additional motion to suppress the Defendant intends to file in the near future. Defendant Solages did not advise the date of said filing.

7. On July 2, 2025, the Court also set for hearing Defendants' Sealed Motion filed at DE 1121. The hearing is scheduled to take place on July 17, 2025, at 9 a.m. The undersigned attorneys have prescheduled and prepaid case-related travel during that time. As such, the United States requests that the hearing be reset to July 18, 2025, after 1 p.m.

8. Undersigned counsel conferred with counsel for Defendants Arcangel Pretel Ortiz, Antonio Intriago, Walter Veintemilla, Christian Sanon, and James Solages who do not oppose the request and are available on the requested date and time.

[Space Intentionally Left Blank]

Respectfully submitted,

HAYDEN P. O'BYRNE   JOHN A. EISENBERG
United States Attorney   Assistant Attorney General for the National Security Division

By:  */s Sean T. McLaughlin*   */s Andrew Briggs*
Sean T. McLaughlin   Andrew Briggs
Assistant United States Attorney   Trial Attorney
Court ID No. A5501121   Court ID No. A5503251
11200 NW 20th Street, Suite 101   National Security Division – Department of Justice
Miami, FL 33172   950 Pennsylvania Avenue
(305) 715-7642/7654   Washington, DC 20530
Sean.McLaughlin@usdoj.gov   (202) 514-7739
  Andrew.Briggs2@usdoj.gov

*/s Jason Wu*
Jason Wu
Assistant United States Attorney
ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
altanese.phenelus@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney