UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,

vs.

WALTER VEINTEMILLA.

    Defendant.

_____/

**DEFENDANT VEINTEMILLA'S MOTION TO ADOPT DEFENDANT INTRIAGO'S MOTION TO DISMISS INDICTMENT (DE 1203)**

COMES NOW, the Defendant WALTER VEINTEMILLA, by and through the undersigned counsel, and moves the Court to adopt Defendant Intriago's Motion to Dismiss the Indictment Because Continued Prosecution Violates the Sixth and Fifth Amendment and/or As a Sanction for Non-Compliance with the Court's Rule 15 Order ("Motion to Dismiss") (DE 1203), and in support thereof states as follows:

1. The arguments contained in the Motion to Dismiss pertain to Defendant Veintemilla equally.

2. Defendant Veintemilla adopts and relies upon the legal and factual assertions set forth therein.

3. Should the Court grant the Motion to Dismiss as to Defendant Intriago, it should be granted to Defendant Veintemilla.

WHEREFORE, Defendant Veintemilla respectfully requests that this Court permit him to adopt Defendant Intriago's Motion to Dismiss (DE 1203) and for all other and further relief deemed just and proper under the circumstances.

| | |
|---|---|
| Dated: October 9, 2025 | Respectfully submitted, |
| **KUDMAN TRACHTEN ALOE POSNER, LLP** | **DESCALZO LAW, P.A.** |
| | Marissel Descalzo, Esq |
| Tama Beth Kudman, Esq. | One Biscayne Tower |
| 7108 Fairway Drive, Suite 130 | 2 South Biscayne Blvd., Ste. 2530 |
| Palm Beach Gardens, Florida 33418 | Miami, Florida 33131 |
| Tel: (561) 472-0811; | Telephone: (305) 489-1018 |
| Facsimile: (561) 828-0210 | Facsimile: (305) 489-3386 |
| Florida Bar No. 637432 | Florida Bar No. 669318 |
| tkudman@kudmanlaw.com | md@descalzolaw.com |
| By: /s/ Tama Kudman | By: /s/ Marissel Descalzo |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing was filed electronically via CM/ECF and was served electronically to all counsel of record on October 9, 2025.

By: /s/ Tama Kudman