UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                        CASE NO.22-20104-CR-MARTINEZ

        Plaintiff,

v.

ANTONIO INTRIAGO, et al

        Defendant,

_____/

## UNOPPOSED MOTION TO ALLOW PRIVATE INVESTIGATOR TO BRING LAPTOP COMPUTER, EXTERNAL HARD DRIVES, AND CELLULAR PHONE INTO COURTHOUSE DURING TRIAL PERIOD

**COMES NOW,** the Defendant, ANTONIO INTRIAGO, by and through undersigned counsel, hereby files this Unopposed Motion to Allow Private Investigator, Jose Gonzalez, the Defendant's licensed private investigator, to bring his laptop computer, external hard drives, and cellular phone into the Courthouse for the entire duration of the Trial that is scheduled to commence on March 9, 2026 and in support thereof states as follows:

1. Private Investigator Jose Gonzalez will be in attendance to assist counsel during the Trial and will require access to his laptop, cellular phone, external hard drives, and other electronic devices, which contains voluminous discovery materials provided by the Government.

2. Undersigned counsel conferred with AUSA, Jason Wu who advised that the Government has no objection.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant this Motion, enter an Order granting this Motion and Allowing Private Investigator, Jose Gonzalez, to bring his laptop computer, external hard drives, cellular phone, and other electronic devices

1

into the Courthouse for the entire duration of the Trial and any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which sent e-mail notification of such filing to all CM/EFC participants in this case.

        **EMMANUEL PEREZ & ASSOCIATES, P.A.**
        901 Ponce De Leon Blvd., Suite 101
        Coral Gables, Florida 33134
        Tel: (305) 442-7443
        Fax: (305) 441-9218
        Email: courtmail@lawperez.com

By: ___/s/ Emmanuel Perez_____
        Emmanuel Perez, Esquire
        F.B.N. 586552