UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cr-20104-JB

UNITED STATED OF AMERICA,

    Plaintiff,

v.

ANTONIO INTRIAGO,

    Defendant.

_____/

### ORDER GRANTING MOTION TO BRING ELECTRONIC EQUIPMENT

**THIS CAUSE** comes before the Court upon Defendant Antonio Intriago's Motion to Allow Private Investigator to Bring Laptop Computer, External Hard Drives, and Cellular Phone into Courthouse During Trial, (the "Motion"). ECF No. [1471]. Upon due consideration of the Motion and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [1471], is **GRANTED**. Private Investigator, Jose Gonzalez, is permitted to bring a laptop, cellphone, external hard drives, and other electronic devices into the Courthouse and Courtroom 11-4 for the duration of trial, which is scheduled to commence on March 9, 2026.

**DONE AND ORDERED** in Miami, Florida, this 4th day of March, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE